UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-21931-CIV-MARTINEZ

XYZ, Corporation,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A" HERETO,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction (the "Motion"), (ECF No. 28). (ECF No. 30). Judge Sanchez filed an R&R recommending that Plaintiff's Motion be granted. (ECF No. 40). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Sanchez's R&R, (ECF No. 40), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiff's Motion for Preliminary Injunction, (ECF No. 28), is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of August, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record